IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:13-CV-00510-MOC-DSC

| | |
|---|---|
| Stephen J. Maye and Carolyn G. Maye ) | |
| ) | |
| Plaintiffs ) | ORDER FOR THE RECORDS OF |
| v. ) | THE UNION COUNTY DIVISION |
| ) | OF SOCIAL SERVICES |
| Timothy J. Worrell II ) | |
| ) | |
| Defendant. ) | |

This cause coming on pursuant to a "Motion to Quash" (document #18) a subpoena served by Plaintiffs for the records of the Union County Department of Human Services Division of Social Services.

## FINDINGS OF FACT

1. A subpoena has been served on the Union County Department of Human Services Division of Social Services by the Plaintiffs.

2. The subpoena included a request for the production of documents currently in the possession of the Union County Department of Human Services Division of Social Services. Further, by and through his attorney, Defendant has requested a copy of said records.

3. The Union County Department of Human Services Division of Social Services has filed a Motion to Quash the records of the Union County Department of Human Services Division of Social Services.

4. Copies of the records of Carolyn G. Maye have been provided to Ms. Maye's attorney pursuant to North Carolina General Statute §7B-2901(b)(l). However, said records contain confidential information such as name, address, and other identifying information of reporter(s). Said information has been redacted from the records provided to Carolyn Maye's attorney.

5. Confidential information such as name, address, and other identifying information of reporter(s) and the records requested by Defendant are confidential pursuant to the provisions of NCGS §7B-2901.

6. By and through their attorneys both parties are in agreement to the entry of this order.

7. Pursuant to NCGS §7B-2901(b)(2) the Court finds as follows:

A) The information requested is relevant.
B) The information is necessary to the trial for which it is being subpoenaed.
C) The information is unavailable from any other source

## CONCLUSIONS OF LAW

1. This Court has jurisdiction over this cause of action.

2. The records requested are confidential pursuant to the provisions of North Carolina General Statute §7B-2901. However, the information requested is relevant, the information is necessary to the trial for which it is being subpoenaed and the information is unavailable from any other source.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

## ORDER

I. The Union County Department of Human Services Division of Social Services shall produce the records requested including name, address, and other identifying information of reporter(s).

2. The records shall remain confidential, except as necessary to carry out the trial of this matter.

3. The records produced for the court shall remain in a sealed envelope and shall not be reviewed by any person other than the parties to this action or the parties' attorneys.

4. Violation of this order shall be punishable as for contempt.

SO ORDERED.

Signed March 4, 2014

_____
David S. Cayer
United States Magistrate Judge