UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00510-MOC-DSC

| | |
|---|---|
| **STEPHEN J. MAYE and CAROLYN G. MAYE,**<br><br>Plaintiffs,<br><br>v.<br><br>**TIMOTHY J. WORRELL II,**<br><br>Defendant. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiffs Stephen J. Maye and Carolyn G. Maye, and Defendant Timothy J. Worrell II, hereby jointly move this Court for entry of a Consent Judgment and Permanent Injunction against Defendant pursuant to Rule 65 of the Federal Rules of Civil Procedure. A proposed Consent Judgment and Permanent Injunction approved and consented to by all parties hereto, is submitted concurrently herewith. The parties, having resolved their differences by, among other things, agreeing to this submission, hereby respectfully submit that good cause exists for entering the judgment and permanent injunction as requested, and request that the Court enter the foregoing at its earliest convenience.

Dated: May 19, 2014

Respectfully submitted,

s/ Thomas D. Myrick
Thomas D. Myrick
N.C. State Bar No. 12645
Jason G. Idilbi
N.C. State Bar No. 45633
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
**Attorneys for Plaintiffs**

                                                                                s/ Gerald Anderson Stein, II  
                                                                                Gerald Anderson Stein, II  
HEDRICK GARDNER KINCHELOE &  
GAROFALO LLP  
P. O. Box 30397  
Charlotte, NC 28230  
**Attorney for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION with the clerk of the Court for the United States District Court, Western District of North Carolina, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated: May 19, 2014                                                                                  s/ Thomas D. Myrick