UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00510-MOC-DSC

| | | |
|---|---|---|
| **STEPHEN J. MAYE** | ) | |
| **CAROLYN G. MAYE,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TIMOTHY J. WORRELL, II,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint Motion for Entry of Consent Judgment and Permanent Injunction. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Entry of Consent Judgment and Permanent Injunction (#26) is **GRANTED,** as follows:

**JUDGMENT and PERMANENT INJUNCTION**

1. Defendant shall immediately and permanently refrain from publishing, or causing to be published, directly or indirectly, false or defamatory statements concerning Plaintiffs by any means whatsoever, including, but not limited to, publication via the Internet, electronic mail (e-mail), letters, correspondence, in-person remarks, and telephonic communication, which, by way of example and not limitation, are of the type set forth in Exhibits A through G attached to the Complaint (Doc. No. 1) in this matter. This prohibition does not extend to or prohibit in-person remarks or telephonic communications exclusively between Defendant and Defendant's spouse or Significant Other. As used herein "Significant Other" shall mean a female with whom

Defendant has been involved in an exclusive romantic relationship for a minimum of two months.

    2. To the extent Defendant has not already done so pursuant to this Court's Preliminary Injunction Order (Doc. No. 9), he must immediately remove or destroy, or cause to be removed or destroyed, all postings subject to his control containing false and defamatory statements concerning Plaintiffs that he has published, directly or indirectly, or caused to be published on the Internet.

    3. All parties shall be subject to the jurisdiction of this Court in connection with the enforcement of this Consent Judgment and Permanent Injunction.

    4. This Consent Judgment and Permanent Injunction shall be binding upon the parties hereto and their successors and assigns that the Court has jurisdiction to enter this Consent Judgment and Permanent Injunction. The parties acknowledge, and the Court finds, that this Consent Judgment and Permanent Injunction is intended to be the final order disposing of all issues in this matter, except as additional orders or rulings may be necessary to enforce this Consent Judgment and Permanent Injunction.

    5. Any claims raised in this litigation are rendered moot, are hereby dismissed, and the Court considers this action concluded, and the Court will take no further action in this matter unless requested to do so by any party to enforce this Consent Judgment and Permanent Injunction.

    6. The Court shall retain jurisdiction over this action for the purpose of enforcing the Consent Judgment and Permanent Injunction hereby entered.

    **The Clerk of Court is instructed to administratively close this action.**

Signed: May 23, 2014

Max O. Cogburn Jr.
United States District Judge