# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

JUL 15 2014

US District Court
Western District of NC

## CASE NO. 3:13cv510

STEPHEN J. MAYE, and
CAROLYN G. MAYE,

        Plaintiffs,

    v.

TIMOTHY J. WORRELL, II,

        Defendant.

## ORDER

**THIS MATTER** is before the Court by the request of the Clerk of Court to return the bond deposited by the Plaintiff with the Clerk as unsecured bond per Order of this court on October 8, 2013, (document no. 9, page 5).

This case was administratively closed on May 23, 2014, per Order of this court filed May 23, 2014, (document 27).

Accordingly, the Clerk is to return the $100.00 bond to Plaintiffs.

**IT IS, THEREFORE, ORDERED,** that the Clerk of Court return the $100.00

bond.

**IT IS SO ORDERED.**

Signed: 7-15-, 2014.

Max O. Cogburn, Jr.
United States District Judge